FLOYD BARNHART, ET AL., PLAINTIFFS-RESPONDENTS, v. UNITED AUTOMOBILE, AIRCRAFT, ETC., WORKERS, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 12 *N. J. Super.* 147.

*Messrs. Rothbard, Harris & Oxfeld, Mr. Samuel L. Rothbard,* and *Mr. Abraham L. Friedman* for the petitioners.

*Mr. Martin J. Loftus* for the respondents.

May 21, 1951. Denied.